ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --           )
          )
Air Center Helicopters, Inc.           )     ASBCA Nos. 61017, 61544
          )
Under Contract No. W912D0-15-D-0002   )

APPEARANCE FOR THE APPELLANT:     Jennifer S. Zucker, Esq.
          Greenberg Traurig LLP
          Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
          Army Chief Trial Attorney
          Robert B. Neill, Esq.
          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: January 2, 2019

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA Nos. 61017 and 61544, Appeals of Air
Center Helicopters, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals